PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

Jun 28, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ONEAL LEWIS, <br><br> Defendant. | CASE NO. 2:21-CR-0034-KJM <br><br> MOTION TO FILE REDACTED INDICTMENT |

    Defendant Oneal Lewis made his initial appearance on the indictment on June 24, 2022. The remaining defendant in the indictment has not yet been arrested. For this reason, the government requests that the indictment be unsealed with respect to Lewis and that the Court permit the Government to file a redacted indictment that removes reference to the remaining defendant. Unsealing the indictment as to the remaining defendant could impede the arrest of that defendant.

Dated: June 28, 2022

                                                PHILLIP A. TALBERT
                                                United States Attorney

By:  */s/ Cameron L. Desmond*
       CAMERON L. DESMOND
       Assistant United States Attorney