PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jun 28, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>　　　　　　　　Plaintiff, <br><br>　　　v. <br><br>ONEAL LEWIS, <br><br>　　　　　　　　Defendant | CASE NO. 2:21-CR-0034-KJM <br><br> [PROPOSED] ORDER PERMITTING THE FILING OF A REDACTED INDICTMENT |

  Good cause having been shown, IT IS HEREBY ORDERED that the indictment is unsealed as to defendant Oneal Lewis and that the government's Motion to File Redacted Indictment is GRANTED.

Dated: June 28, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE