ERIC GRANT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>O'NEAL LEWIS,<br>Defendant. | CASE NO. 2:21-CR-00034-DC<br>ORDER DISMISSING INDICTMENT<br>[Fed. R. Crim. P. 48(a)] |

**ORDER**

IT IS HEREBY ORDERED, as to O'Neal Lewis, the court, having received, read and considered the United States' Motion to Dismiss filed on November 20, 2026 (Doc. No. 40), and good cause appearing GRANTS the Motion. Accordingly, the Indictment filed on February 11, 2021 (Doc. No. 1) is DISMISSED as to Defendant O'Neal Lewis.

IT IS SO ORDERED.

Dated: **November 23, 2026**

Dena Coggins
United States District Judge